Prob 12C
(6/19)

# UNITED STATES DISTRICT COURT
for the District of Maine

## Petition for Warrant or Summons for Offender under Supervision

---

**Name of Offender:** Kristin M. Burhoe          **Case Number**: 0100 1:22CR00043

**Sentencing Judicial Officer**: Honorable John A. Woodcock, Jr., U.S. District Judge

**Date of Original Sentence**: February 08, 2023.

**Original Offense:** False Statements During Purchase of Firearms; 18 U.S.C. § 924(a)(1)(A)

**Original Sentence:** 36 Months Probation

**Type of Supervision**: Probation

**Date Supervision Commenced:** February 08, 2023

| Assistant U.S. Attorney: | Defense Attorney: |
|---|---|
| Joel Casey | James Nixon |

---

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

| One | **Violation of Standard Condition 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| :---: | :--- |
| | On September 26, 2024, the defendant failed to attend a scheduled meeting with the probation officer at her residence. |
| | On October 9, 2024, the defendant filed to attend a scheduled meeting with the probation officer at the U.S. Probation Office. |

| | | |
|---|---|---|
| | Two | **Violation of Standard Condition 9: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.**<br><br>On or about August 7, 2024, the Jay Police Department contacted the defendant for the purposes of conducting a welfare check at the residence.<br><br>On or about September 13, 2024, the Franklin County Sheriff's Office contacted the defendant for the purposes of conducting a welfare check at the residence.<br><br>As of October 16, 2024, neither contact has been reported to the probation officer. |
| | Thee | **Violation of Special Condition 2: Defendant shall not use or possess any controlled substance, alcohol, or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests.**<br><br>On October 13, the defendant submitted a drug test which was positive for THC, and Cocaine. The defendant later admitted to having used Cocaine.<br><br>On October 23, 2023, the defendant submitted a drug test which was positive for THC.<br><br>On November 15, 2023, the defendant failed to appear for a treatment appointment.<br><br>On December 13, 2023, and December 19, 2023, the defendant submitted a drug test which was positive for THC. The defendant later admitted to having used THC in the preceding weeks.<br><br>On March 11, 2024, the defendant submitted a drug test which was positive for THC. The defendant admitted to having used THC.<br><br>On April 17, 2024, the defendant submitted a drug test which was positive for THC.<br><br>On April 26, 2024, the defendant admitted to having been using THC in the preceding weeks. |

|  | On April 25, 2024, the defendant failed to appear for a drug test as instructed. |
|---|---|
|  | On June 27, 2024, the defendant submitted a drug test which was positive for THC. The defendant later admitted to having used THC. |
|  | On October 7, 2024, the defendant failed to appear for a drug test as instructed. |

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct.

Executed on: October 16, 2024

Respectfully Submitted,

By: *[signature]*  
Mitchell Oswald  
U.S. Probation Officer

Reviewed:

*[signature]*

Ashley Hadam  
Supervisory U.S. Probation Officer  
10/16/2024

Prob 12C  
(6/19)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION
# COVER SHEET

**Name:**  Kristin M Burhoe

**Y/O/B**:      1988

**Offense(s) of Conviction and Classification:** False Statements During Purchase of Firearms; 18 U.S.C. § 924(a)(1)(A), a Class D Felony

**Original Sentence**: 36 Months Probation

**Date Imposed**: February 08, 2023

**Available Penalties for Current Violation (with statutory reference)**:

5 years imprisonment. 18 U.S.C. § 3565(a)(2)

**Additional Period of Release:**

3 years TSR

Supervising U.S. Probation Officer  
Mitchell E. Oswald